# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

CR23-00439 JD

UNITED STATES OF AMERICA,

V.

ARNOLD KINMAN LOW

```
FILED

Nov 29 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1112 – Involuntary Manslaughter;
36 C.F.R. § 1004.23(a)(1) – Operating Under the Influence of Alcohol

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___29th___ day of

November,  2023___.

_M. Jock_
Clerk

_Sallie Kim_
Magistrate Judge Sallie Kim

Bail, $ ___Summons___

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Nov 29 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,                    )   CASE NO.   CR23-00439 JD
                                             )
              Plaintiff,                     )   VIOLATIONS:
                                             )   18 U.S.C. § 1112 – Involuntary Manslaughter;
       v.                                    )   36 C.F.R. § 1004.23(a)(1) – Operating Under the
                                             )   Influence of Alcohol
ARNOLD KINMAN LOW,                           )
                                             )
              Defendant.                     )   SAN FRANCISCO VENUE
                                             )
                                             )
_____     )

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 1112 – Involuntary Manslaughter)

       On or about April 4, 2023, in the Northern District of California, within the boundaries of an area

administered by the Presidio Trust, the defendant,

ARNOLD KINMAN LOW,

did unlawfully kill E.B. without malice, in the commission of an unlawful act not amounting to a felony,

that is, operating a motor vehicle while under the influence of alcohol to a degree that rendered the

defendant incapable of safe operation, in violation of Title 18, United States Code, Section 1112, a Class

D felony.

INDICTMENT

COUNT TWO:         (36 C.F.R. § 1004.23(a)(1) – Operating Under the Influence of Alcohol)

On or about April 4, 2023, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

ARNOLD KINMAN LOW,

did unlawfully operate and was in actual physical control of a motor vehicle while under the influence of alcohol, to a degree that rendered the defendant incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B misdemeanor.

DATED: November 29, 2023                                          A TRUE BILL.


                                                                  _/s/ Foreperson_____ _____
                                                                  FOREPERSON

ISMAIL J. RAMSEY
United States Attorney


_/s/ George O. Hageman_____
GEORGE O. HAGEMAN
Assistant United States Attorney